

**Law Offices of**
**PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                Fax (518) 463-4386

August 10, 2011

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York  12207

RE:   Strategic Governmental Solutions, Inc.
      Chapter 7 Case No. 08-11047

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $1,584.51 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$1,584.51 to-
Carolina Flores
637 Milton Henry Avenue
El Paso, TX 79932

(Claim no. 28 of the Educational Services & Products, LLC, Chapter 11 case no. 08-11400, paid out of 08-11047 funds per 9019 settlement )

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosure